C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1055 W. 7TH Street, Suite 2280
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorneys for Plaintiff Unicolors Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br><br>   Plaintiff,<br><br>vs.<br><br>MACKSON INC., a New York Corporation; CHARLOTTE RUSSE, INC., a California Corporation; CITI TRENDS, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.: 2:16-cv-00155-SVW-AS<br><br>**DECLARATION OF C. YONG JEONG, ESQ. IN RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION** |

I, C. YONG JEONG, ESQ., declare:

1. I am an attorney licensed to practice law in the State of California, and to appear before the United States District Court for the Central District of California. I am an attorney at the law firm of Jeong & Likens, L.C., and counsel of record for Plaintiff Unicolors, Inc. ("Plaintiff").

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

3. This declaration is submitted in response to this Court's order, issued on April 13, 2016, to show cause why this action should not be dismissed as to remaining Defendants, Mackson, Inc. ("Mackson") and Charlotte Russe, Inc. ("Charlotte Russe"), for lack of prosecution. (*See* Dkt. 20).

4. Charlotte Russe recently filed its answer to Plaintiff's Complaint on April 21, 2016. (*See* Dkt. 23). Accordingly, Plaintiff requests that Charlotte Russe not be dismissed from this case, as Charlotte Russe is now actively engaged in this litigation.

5. At the Parties' Initial Status Conference in this Court on April 18, 2016, Plaintiff explained to this Honorable Court that it would arrange service upon Mackson at its address listed on the Proof of Service of Defendant/Cross-Claimant Citi Trends, Inc.'s ("Citi Trends") Cross-Complaint on Mackson. (*See* Dkt. 19).

6. Immediately thereafter, Plaintiff arranged such service. However, Plaintiff has still not been able to serve Mackson as of this response date, and is informed and believes that Mackson may be unresponsive to Plaintiff's Complaint if it is served. Accordingly, Plaintiff will file a notice of dismissal of Mackson, dismissing Mackson without prejudice from this action.

Dated: April 27, 2016                    Respectfully submitted,

*/s/ C. Yong Jeong*
C. Yong Jeong, Esq.
Attorneys for Plaintiff Unicolors, Inc.

2
**DECLARATION OF C. YONG JEONG, ESQ. IN RESPONSE TO OSC**