1  **JEONG & LIKENS, L.C.**
2  C. YONG JEONG, ESQ. (SBN: 255244)
       jeong@jeonglikens.com
3  AMY CHOE, ESQ. (SBN 299870)
       amy.choe@jeonglikens.com
4  JEONG & LIKENS, L.C.
5  1055 West 7th Street, Suite 2280
   Los Angeles, CA 90017
6  Tel: 213-688-2001
7  Fax: 213-688-2002

8  ATTORNEYS FOR UNICOLORS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNICOLORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACKSON INC., a New York Corporation; CHARLOTTE RUSSE, INC., a California Corporation; CITI TRENDS, INC., A Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. **2:16-cv-00155-SVW-ASx**<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

In accordance with Local Rule 16-15.7, Plaintiff hereby notifies the Court that a settlement has been reached in the above-captioned case. A draft of the settlement agreement is currently being circulated.

1  Plaintiff anticipates filing a Stipulation for Dismissal with prejudice as to the
2  entire action within 30 days.

3

4  Dated: August 5, 2016                    /s/*Chan Yong Jeong*
5                                           Chan Yong Jeong
                                             Attorney for Plaintiff
6