C. YONG JEONG, ESQ.
(SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1055 W. 7TH Street, Suite 2280
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorney(s) for Plaintiff,
UNICOLORS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br><br>    Plaintiff,<br>    vs.<br>MACKSON INC., a New York Corporation; CHARLOTTE RUSSE, INC., a California Corporation; CITI TRENDS, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:16-cv-155-SVW-ASx<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to Honorable STEPHEN V. WILSON |

## STIPULATION

WHEREAS all of the parties to the above-referenced action have reached a resolution of their disputed claims by way of confidential settlement and now wish to have a dismissal of this action with prejudice.

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff UNICOLORS, INC. and Defendants CHARLOTTE RUSSE, INC., and CITI TRENDS, INC. that the above captioned action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Plaintiff and Defendants shall each bear their own costs, expenses, and attorney's fees incurred to date in connection with any stage of this proceeding.

Respectfully submitted,

Dated: August 30, 2016	JEONG AND LIKENS, L.C.

/s/*C. Yong Jeong*_____
CHAN YONG JEONG, ESQ.
Attorney for Plaintiff

Dated: August 30, 2016	BUCHALTER NEMER, APC

/s/ Matthew L. Seror_____
MATTHEW L SEROR
Attorney for Defendant, Charlotte Russe, Inc.

Dated: August 30, 2016	BRUTZKUS GUBNER

/s/ Jeffrey A. Kobulnick_____
MARK D. BRUTZKUS
JEFFREY A. KOBULNICK
Attorneys for Defendant, Citi Trends, Inc.

I hereby attest that all signatories listed above, on whose behalf this notice is being submitted, concur in the filing's content and have authorized the filing.

Dated: August 30, 2016	JEONG AND LIKENS, L.C.

/s/*C. Yong Jeong*_____
CHAN YONG JEONG
Attorney for Plaintiff